UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  
Thida Long

    Debtor

Chapter 7  
Case No. 11-41005  
Honorable Henry J. Boroff

_____/

**ORDER RE: MOTION OF U.S. BANK, NATIONAL ASSOCIATION
FOR RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362**

U.S. Bank, National Association, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding real property known and numbered as 5 Lenox Street, Unit 1, Lowell, Massachusetts, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of U.S. Bank, National Association for Relief From Stay is allowed and U.S. Bank, National Association is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Middlesex (Northern) County Registry of Deeds at Book 21810, on Page 164 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

    At _____ this _____ day of _____, 2011.

                                            05/17/2011  
                                       _____  
                                       Honorable Henry J. Boroff  
                                       U.S. BANKRUPTCY JUDGE